**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Lauro Arturo TREVINO, Sr.,**
**Defendant–Appellant.**

No. 12–40677
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

March 16, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Lauro Arturo Trevino, Sr., Big Spring, TX, pro se.

Before JOLLY, HIGGINBOTHAM, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Lauro Arturo Trevino, Sr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Trevino has not filed a response.

During the pendency of this appeal, Trevino has been released from custody and has been removed from the United States. We have reviewed counsel's brief and the relevant portions of the record

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED in part as frivolous, *see* 5TH CIR. R. 42.2, and in part as moot, *see United States v. Rosenbaum–Alanis*, 483 F.3d 381, 382–83 (5th Cir.2007). Counsel's motion to dismiss the appeal as moot is GRANTED in part and DENIED in part.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.